McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-MC-00024-LEW-EFB |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $6,775 IN U.S. CURRENCY, | |
| APPROXIMATELY $6,714 IN U.S. CURRENCY, | |
| 2006 CHEVROLET SILVERADO, VIN: 1GCHK23D66F160641, LICENSE NUMBER 8A50396, and | |
| MISCELLANEOUS FIREARMS AND AMMUNITION LISTED IN EXHIBIT A, | |
| Defendants. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1.  On or about August 23, 2007, Ricardo Madrigal (hereafter "Madrigal") was charged in a Superseding Indictment with violations of 18 U.S.C. § 922(a)(1)(A) - Dealing Firearms Without a License, 18 U.S.C. § 922(a)(5) - Transferring Firearm to Out-Of-State Person, 18 U.S.C. § 924(n) - Interstate Travel to Acquire Firearms

to Deal Without a License, 18 U.S.C. § 922(a)(3) - Transporting Firearms Interstate in Furtherance of Unlicensed Firearms Dealing and 26 U.S.C. § 5861(d) - Possession of an Unregistered Machinegun. The Superseding Indictment also contained a Forfeiture Allegation, which included a 2006 Chevrolet Silverado VIN: 1GCHK23D66F160641, License Number 8A50396, and the Miscellaneous Firearms and Ammunition listed in Exhibit A attached hereto.

    2. The government represents that it could show at a forfeiture trial that Bureau of Alcohol, Tobacco, Firearms, and Explosive ("ATF") undercover agents made a series of controlled buys of semi-automatic pistols from Madrigal between December 2006 and March 2007 at Madrigal's Stockton residence. During the buys, Madrigal bragged about his ability to get any kind of weapons the agents could want, including automatic weapons and grenades. Madrigal admitted buying numerous firearms at Nevada Gun Shows. State records show that he also had purchased numerous guns in California.

    3. The government could further show that undercover ATF agents set up an undercover operation at a Reno Gun Show held the weekend of April 13-15, 2007. During the course of the weekend, they followed Madrigal around as he purchased 9 handguns, including one machine pistol-like looking gun that qualifies as an assault weapon under California law. On his way home, he stopped off in Truckee and purchased a fully automatic MP5 for $3,500 from an undercover ATF agent. Following the buy, Madrigal was arrested. The MP5, the nine firearms purchased at the gun show, as well as four other handguns, several high capacity magazines for the MP5 (listed in Exhibit A), and approximately $6,714 in U.S. Currency

1  were seized from his 2006 Chevrolet Silverado truck.  ATF also
2  seized the 2006 Chevrolet Silverado truck that Madrigal used to
3  carry the weapons and the currency.
4      4.  The government contends that it could further show that on
5  or about April 15, 2007, a search warrant was executed at
6  Madrigal's residence in Stockton, California.  ATF agents seized
7  approximately 42 additional firearms, approximately $6,775 in U.S.
8  Currency and thousands of rounds of ammunition.  In post-arrest
9  statements, Madrigal admitted that he purchased guns at the Nevada
10 Gun Shows for the purpose of selling them at a profit.  Madrigal
11 admitted selling 30-40 guns in the past.
12     5.  Without admitting the factual assertions contained in
13 paragraphs 2-4, Ricardo Madrigal admits for purposes of this matter
14 only that a factual basis exists to support forfeiture for the
15 items listed in Exhibit A hereto and the approximately $6,775 in
16 U.S. Currency.  Ricardo Madrigal hereby acknowledges that he is the
17 sole owner of the approximately $6,775 in U.S. Currency found in
18 his residence, the approximately $6,714 in U.S. Currency found in
19 his pickup truck, the 2006 Chevrolet Silverado truck, and the
20 defendant Miscellaneous Firearms and Ammunition listed in Exhibit A
21 and that no other person or entity has any legitimate claim of
22 interest therein.  Should any person or entity institute any kind
23 of claim or action against the government with regard to its
24 forfeiture of the defendant approximately $6,775 in U.S. Currency
25 and the Miscellaneous Firearms and Ammunition listed in Exhibit A,
26 Madrigal shall hold harmless and indemnify the United States, as
27 set forth below.
28     6.  This Court has jurisdiction in this matter pursuant to 28

U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

7. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which property was seized.

8. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

9. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

10. All right, title, and interest in the Miscellaneous Firearms and Ammunition listed in Exhibit A attached hereto and the approximately $6,775.00 in U.S. Currency shall be forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

11. Upon entry of a Consent Judgment of Forfeiture herein, but no later than 30 days thereafter, ATF shall return the approximately $6,714 in U.S. Currency seized on or about April 15, 2007, plus any accrued interest, to Ricardo Madrigal. Payment shall be sent to attorney Linda Harter at 801 I Street, 3rd Floor, Sacramento, California 95814.

12. Upon entry of a Consent Judgment of Forfeiture herein, but no later than 45 days thereafter, ATF shall return the 2006 Chevrolet Silverado VIN: 1GCHK23D66F160641, License Number 8A50396 to Ricardo Madrigal. Ricardo Madrigal shall bring the loan current with GMAC for the 2006 Chevrolet Silverado truck prior to its return by ATF. Madrigal must provide documentation to the

4

government from GMAC that the loan is current 10 days prior to the release of the truck.  ATF shall waive storage fees they have incurred for the 2006 Chevrolet Silverado truck.

13.  Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure and/or forfeiture of the defendant currency, the 2006 Chevrolet Silverado truck, the firearms and ammunition.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and/or forfeiture, as well as to those now known or disclosed.  The parties have agreed to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."**

14.  Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of the defendant currency, the 2006 Chevrolet Silverado truck, the firearms and ammunition and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

15.  No portion of the stipulated settlement, including statements or admissions made herein, shall be admissible in any criminal action pursuant to Rules 408 and 410(4) of the Federal Rules of Evidence.

16.  After entry of this Consent Judgment of Forfeiture, the

5

government will move to dismiss the Forfeiture Allegation of the pending Superseding Indictment in U.S. v. Ricardo Madrigal, 2:07-CR-00175-MCE.

17. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 2/19/2008

/s/ Ronald S. W. Lew
United States District Judge

**CERTIFICATE OR REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency, the 2006 Chevrolet Silverado truck, the firearms and ammunition.

DATED: 2/19/2008

/s/ Ronald S. W. Lew
United States District Judge

6

**EXHIBIT A**

1. Tikka - (Oy Tikkakoski AB) Rifle, Model: T3, S/N 460779;
2. Sig-Sauer Pistol, Model: P228, S/N #B246162;
3. Sig-Sauer Pistol, Model: P229, S/N #AG25610;
4. Sig-Sauer Pistol, Model: P229, S/N #AB21956;
5. Assorted Ammunition - Qty: 145, Assorted Manufacturers, Cal: 308.
6. Ruger Pistol, Model: P94, S/N #340-89149;
7. Heckler and Koch Pistol, Model: USP, S/N #24-077176;
8. Glock Inc. Pistol, Model: 17, S/N #HGU366;
9. Glock Inc. Pistol, Model: 17L, S/N #NA370US;
10. Smith & Wesson Pistol, Model: 410, S/N #VZE7531;
11. Beretta USA Corp. Pistol, Model: 3032 Tomcat, S/N #DAA371074;
12. Beretta USA Corp. Pistol, Model: 96, S/N #BER147463;
13. Taurus Revolver, Model: 44, S/N #WK164515; and
14. Olympic Arms Inc. (SGW Enterprises & Safari Arms) Pistol, Model: OA 93, S/N #OAP0511.